# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES ERNEST DICKERSON,
        Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE
  v.

DAVID HAROLD BRUNEAU, et al.,　　　　　　CASE NUMBER: C06-5475RBL
        Defendants,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

This action is DISMISSED WITH PREJUDICE. Plaintiff may not challenge the propriety of his criminal sentence in a Civil Rights action. Further, his assigned counsel does not act under color of state law for purpose of the Civil Rights Act. This action is frivolous.

   May 2, 2007　　　　　　　　　　　　　　　　BRUCE RIFKIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Pat LeFrois
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk